NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7071

GEORGE WATERS,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in
07-0822, Judge Donald L. Ivers.

---------------------------------------------------------------------------------

2009-7067

QUARENO COLANTONIO,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in
07-0749, Judge John J. Farley, III.

ON MOTION

Before SCHALL, Circuit Judge.

ORDER

George Waters and Quareno Colantonio move the court to hear these cases as companion cases. The Secretary of Veterans Affairs opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

DEC 1 7 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Sean A. Ravin, Esq.
Scott D. Austin, Esq.
Meredyth Cohen Havasy, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 7 2009

JAN HORBALY
CLERK